IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AUDREY CAL, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED                                                               PLAINTIFFS

V.                                              3:03CV00274

EARLE SCHOOL DISTRICT                                                    DEFENDANT

## ORDER

Pending is Plaintiff's motion for voluntary dismissal. (Docket # 21). For good cause shown, the motion is GRANTED. Plaintiff's complaint is hereby dismissed without prejudice.

IT IS SO ORDERED this 4th day of January, 2006.

_____
James M. Moody
United States District Judge